UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA A. STEWART,<br><br>Defendant. | Case No. 9:20-PO-5059-KLD<br><br>VIOLATION: FBGA001T<br><br>DISPOSITION CODE:  PF<br><br>ORDER ACCEPTING PLEA LETTER |

Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated September 1, 2020, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $110.00. Defendant has paid this amount in full.

DATED this 10th day of August, 2021.

*/s/ Kathleen L. DeSoto*
KATHLEEN L. DESOTO
United States Magistrate Judge